An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENT THOMAS GARNER,
Appellant,
vs.
NORMA ANGELICA GARNER,
Respondent.

No. 61968

**FILED**

MAY 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's May 9, 2014, notice of withdrawal of appeal, which we construe as a motion to voluntarily dismiss this appeal, is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
The Law Office of Anthony D. Brooks
Norma Angelica Garner
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-16981